## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles William Ochlech, | ) | Case No. 1:08-cr-003 |
| | ) | |
| Defendant. | ) | |

On December 20, 2017, defendant made his initial appearance on a petition for revocation of his supervised release. He appeared agitated and his thinking/speech was disorganized. He complained about, amongst other things, his access or lack thereof to his prescription medications. The court appointed Assistant Federal Public Defender Michelle Monteiro to represent him and ordered him detained pending a detention hearing and preliminary hearing at 11:00 a.m. on December 21, 2017.

On the morning of December 21, 2017, United States Marshal's office contacted the court to advise that defendant had exhibited some defiance and intimated to staff at the Burleigh Morton Detention Center, the facility in which he was being housed, what can charitably be described as a willingness to provide the court with justification for his continued detention. It further advised that it is working with the detention center and/or the Federal Public Defender's office to address defendant's concerns regarding his medications.

To afford defendant an opportunity to address his medication issues and further consult with defense counsel, the court shall reschedule defendant's detention and preliminary hearings for Wednesday, December 27, 2017, at 11:00 a.m. in Bismarck (courtroom #2).

1

**IT IS SO ORDERED.**

Dated this 21st day fo December, 2017.

/s/ Charles S.  Miller, Jr.
Charles S.  Miller, Jr., Magistrate Judge
United States District Court